UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| MELVIN M. MILLER | ) | BANKRUPTCY CASE NUMBER 09-15598 |
| MELANIE A. MILLER | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM #1U | Dow Financial<br>1100 Plainfield Road, Suite 3<br>Joliet, Illinois   60435 | $ 2.17 |
| CLAIM # 4 | Capital Recovery III / GE Cap / Old Navy<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Florida   33131 | $ 3.76 |
| CLAIM # 5 | Inquest Health System dba<br>  Centers for Pain Relief<br>Post Office Box 8857<br>Fort Wayne, Indiana   46898 | $ 1.53 |
| CLAIM # 8 | Precision Recovery Analytics, Inc. / Lowe's<br>MS 550<br>Post Office Box 91121<br>Seattle, Washington   98111-9221 | $ 4.17 |

**TOTAL:   $11.63**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of September, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at <u>USTPRegion10.SO.ECF@usdoj.gov</u>,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

               ____/s/ Yvette Gaff Kleven_____
               Yvette Gaff Kleven